## AFFIDAVIT OF SERVICE

| Case: 2022CP2200274 | Court: In the Court of Common Pleas Fifteenth Judicial Circuit | County: Georgetown, SC | Job: 6923798 (Unifirst Corporation) |
|---|---|---|---|
| Plaintiff / Petitioner: Verlie Edwards and Mario G. Edwards | | Defendant / Respondent: Tractor Supply Company and Unifirst Corporation | |
| Received by: Whitesell Investigative Services Inc | | For: Manigault and Associates Law Group | |
| To be served upon: Unifirst Corporation c/o Prentice Hall Corp, Registered Agent | | Court Date: | |

I, Shawna Hardin, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Unifirst Corporation c/o Prentice Hall Corp, Registered Agent c/o Bethany Campbell, Office Manager, 508 Meeting St, West Columbia, SC 29169

**Manner of Service:** Business, Apr 8, 2022, 9:39 am EDT

**Documents:** Summons and Complaint (Received Apr 7, 2022 at 11:48am EDT)

**Additional Comments:**
1) Successful Attempt: Apr 8, 2022, 9:39 am EDT at 508 Meeting St, West Columbia, SC 29169 received by Unifirst Corporation c/o Prentice Hall Corp, Registered Agent c/o Bethany Campbell, Office Manager. Age: 40+; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'7"; Hair: Red; Eyes: Blue; Other: No Glasses;
Attempted service at the address provided. I made contact with Bethany Campbell, Office Manager, who stated she is authorized to accept documents. She accepted service without incident.

_____    04.08.22
Shawna Hardin                    Date

Whitesell Process Service of Columbia SC
4611 Hard Scrabble Rd Suite 109-325
Columbia, SC 29229
803-609-0008

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

4-8-22                    Jan 30 2028
Date                    Commission Expires

BLUE KENDRIA BERRY
Notary Public, State of South Carolina
My Commission Expires 1/30/2028